IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT MATTHEW HAMMILL, <br><br> Defendant. | CR 25-102-BLG-SPW <br><br> ORDER |

For the reasons stated on the record on October 29, 2025,

IT IS HEREBY ORDERED that the change of plea hearing set for Wednesday, October 29, 2025 at 1:30 p.m. is **VACATED** and **RESET** for **Friday, November 14, 2025 at 11:00 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between October 16, 2025 and November 14, 2025 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 29th day of October, 2025.

_____
SUSAN P. WATTERS
United States District Judge